```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 23159
   RITA LESETH
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4221

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/10/2007 and was confirmed 02/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   4.00%.

     The case was dismissed after confirmation 12/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                                PAID         PAID
--------------------------------------------------------------------------------
JP MORGAN                   CURRENT MORTG           .00          .00          .00
JP MORGAN                   MORTGAGE ARRE      18031.54          .00      1357.97
COUNTRYWIDE HOME LOANS      CURRENT MORTG           .00          .00          .00
HFC USA                     CURRENT MORTG           .00          .00          .00
HFC USA                     MORTGAGE ARRE        506.00          .00        38.11
ALLIANT CREDIT UNION        UNSECURED           5546.53          .00          .00
DELL FINANCIAL SERVICES     UNSECURED           1717.47          .00          .00
FIRST NORTHERN CREDIT UN    UNSECURED          NOT FILED         .00          .00
ECAST SETTLEMENT CORP       UNSECURED            719.01          .00          .00
ECAST SETTLEMENT            UNSECURED            700.85          .00          .00
ECAST SETTLEMENT            UNSECURED            551.92          .00          .00
RADIOLOGY IMAGING           UNSECURED          NOT FILED         .00          .00
NICOR GAS                   UNSECURED          NOT FILED         .00          .00
ROUNDUP FUNDING LLC         UNSECURED            304.26          .00          .00
COUNTRYWIDE HOME LOANS      MORTGAGE ARRE        864.60          .00        65.12
DEBRA J VORHIES LEVINE      DEBTOR ATTY        3,100.00                   3,100.00
TOM VAUGHN                  TRUSTEE                                         388.80
DEBTOR REFUND               REFUND                                          450.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                5,400.00

PRIORITY                                          .00
SECURED                                      1,461.20
UNSECURED                                         .00
ADMINISTRATIVE                               3,100.00
TRUSTEE COMPENSATION                           388.80
DEBTOR REFUND                                  450.00
                                          ---------------   ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 23159 RITA LESETH
```

| | | |
|---|---|---|
| TOTALS | 5,400.00 | 5,400.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE